# United States Court of Appeals for the Federal Circuit

## ERRATA

April 23, 2008

Appeal No. 2007-1503, HELENA LABORATORIES CORPORATION v. ALPHA SCIENTIFIC CORPORATION

Nonprecedential Opinion

Decided: April 16, 2008

Please make the following changes:

On page 4, line 10, delete the word "refers" and insert – refer--.

On page 7, line 15, delete the word "Helena's" and insert -- Alpha's --.